# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES RUSSO,<br><br>            Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security.<br><br>            Defendant. | Case No.: 1:16-cv-1134-BAM<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties (Doc. 14), and for cause shown, IT IS HEREBY ORDERED, that Plaintiff shall have a seven-day extension of time, to and including March 31, 2017, in which to file Plaintiff's Opening Brief in Support of Plaintiff's Complaint; and that all other deadlines set forth in the Case Management Order shall be extended accordingly. Specifically, Defendant's responsive brief shall be due on or before May 1, 2017. Plaintiff's reply shall be due on or before May 16, 2017.

IT IS SO ORDERED.

Dated:    **March 28, 2017**                       /s/ Barbara A. McAuliffe            
                                                         UNITED STATES MAGISTRATE JUDGE